UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ENRIQUE ALVEAR**,

Plaintiff,

vs. CASE NO. 8:24-cv-01938-MSS-AAS

**DIAMONDS DIRECT, INC.,**
**a Florida for-profit corporation**,

Defendant.
_______________________________/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, ENRIQUE ALVEAR, through undersigned counsel, and Defendant, DIAMONDS DIRECT, INC., hereby give notice that the parties have reached a settlement in this case and will be executing the necessary paperwork resolving all claims. Accordingly, the parties respectfully request that the Court provide the parties twenty (20) days from the date of filing this Notice to stay all deadlines, which will allow the parties to finalize their settlement agreement and to submit the dismissal document to dismiss this case with prejudice.

Dated: November 11, 2024.

**RODERICK V. HANNAH, ESQ., P.A.**
Counsel for Plaintiff
4800 N. Hiatus Road
Sunrise, FL 33351
T. 954/362-3800
954/362-3779 (Facsimile)
Email: rhannah@rhannahlaw.com

By: *s/ Roderick V. Hannah*
RODERICK V. HANNAH
Fla. Bar No. 435384

**LAW OFFICE OF PELAYO DURAN, P.A.**
Co-Counsel for Plaintiff
6355 N.W. 36th Street Suite 307
Virginia Gardens, FL 33166
T. 305/266-9780
305/269-8311 (Facsimile)
Email: Duranandassociates@gmail.com

By: *s/ Pelayo M. Duran*
PELAYO M. DURAN
Fla. Bar No. 0146595

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
Counsel for Defendant
401 East Jackson Street, Suite 3400
Tampa, FL 33602
(813) 739-1947
Email: james.thompson@lewisbrisbois.com

By *\/s/ James M. Thompson*
JAMES M. THOMPSON
Fla. Bar No. 0861080